1   **REMPFER MOTT LUNDY, PLLC**
JOSEPH N. MOTT
2   Nevada Bar No. 12455
SCOTT E. LUNDY
3   Nevada Bar No. 14235
10091 Park Run Dr., Ste. #200
4   Las Vegas, NV 89145-8868
T: (702) 825-5303
5   F: (702) 825-4413
Joey@rmllegal.com
6   Scott@rmllegal.com

7   Attorneys for Plaintiff
**BRIAN DALEY**

8

9                 UNITED STATES DISTRICT COURT

10                     DISTRICT OF NEVADA

| | |
|---|---|
| 11  **BRIAN DALEY,** an individual, | Case No.: 2:18-cv-00335-GMN-NJK |
| 12     Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 13 | |
| 14  vs. | |
| 15  **NEWMONT USA LIMITED d/b/a NEWMONT MINING,** a foreign corporation; **DOES I** thru **V,** inclusive; **ROE CORPORATIONS I** thru **V,** inclusive, | |
| 18     Defendant. | |

     IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Brian Daley and Defendant Newmont USA Limited, d/b/a Newmont Mining, by and through their respective attorneys of record, that Plaintiff's claims in this matter against the Defendant be dismissed,

…..

…..

…..

…..



with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

Dated: August 28, 2018.

| | |
|---|---|
| REMPFER MOTT LUNDY, PLLC | LITTLER MENDELSON, P.C. |
| /s/ Joseph N. Mott | /s/ Stephen E. Baumann II |
| Joseph N. Mott | Marcus B. Smith |
| Nevada Bar No. 12455 | Nevada Bar No. 12098 |
| Scott E. Lundy | Stephen E. Baumann II |
| Nevada Bar No. 14235 | Appearing *Pro Hac Vice* |
| Attorneys for Plaintiff | Attorneys for Defendant |
| **BRIAN DALEY** | **NEWMONT USA LIMITED dba NEWMONT MINING** |

## ORDER

**IT IS SO ORDERED.**

Dated this __11__ day of September 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT



Rempfer Mott Lundy, PLLC
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
(702) 825-5303; fax (702) 8254413
Info@rmllegal.com